AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

United States of America
v.

GREGORIO LEON-LORENZO A/K/A
JUSTIN GONZALEZ

*Defendant(s)*

Case No. 8:26MJ467

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 13, 2026 in the county of Douglas in the District of Nebraska, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of a Removed Alien |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

[signature] #8389 D.O.

*Complainant's signature*

Anthony Gayden, Deportation Officer, ICE

*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 11/2/2026

[signature]

*Judge's signature*

City and state: Omaha, Nebraska

RYAN C. CARSON, U.S. Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF INVESTIGATION | ) | |
| OF GREGORIO LEON-LORENZO | ) | AFFIDAVIT OF Anthony P. Gayden |
| | ) | |

Anthony P. Gayden, being first duly sworn, hereby states that:

1. Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), with over seventeen (17) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your Affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2016. In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. § 1357). This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4. This affidavit is being made in support of a criminal complaint and arrest warrant charging **Gregorio LEON-Lorenzo**, (hereafter referred to as Defendant) with violations of 8 U.S.C. § 1326(a), reentry of removed aliens. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all my knowledge or investigation into this matter.

5. Gregorio **LEON**-Lorenzo, aka. Justin GONZALEZ, (hereafter referred to as Defendant), came to the attention of the ICE ERO Omaha Criminal Alien Program team while screening the Douglas County, NE jail for aliens that are subject to removal.

6. On 8/02/2026, the Omaha Police Department arrested Defendant, **LEON**, under the alias Justin GONZALEZ, for DUI as well as for multiple active bench warrants for DUI and criminal impersonation.

7. During an interview with ICE officers, Defendant, **LEON**, verified his true and correct name, and admitted to being a citizen of Guatemala who was present in the US illegally. Biographic checks revealed that Defendant, **LEON**, has a final order of removal from an immigration judge dated 6/10/2014 and two prior removals from the US to Guatemala. No record of legal immigration status was found. Based on that information, ICE officers placed a detainer at the Douglas County Jail.

8. On 10/13/2026, the Douglas County Jail released Defendant, **LEON**, to ICE officers after completion of his criminal sentence. ICE transported him to the Pottawattamie County, IA jail for

housing. The following day, ICE transported Defendant, **LEON**, to the Omaha ICE office for processing.

9. Defendant, **LEON's** fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared Defendant's current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed that Defendant, **LEON**, had been arrested by DHS previously.

10. As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (A 201 073 964) relating to this Defendant, **LEON.**

11. Defendant, **LEON's**, alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Guatemala who was last removed from the United States to Guatemala, on 1/08/2018, pursuant to a final removal order dated 6/10/2014 in Kansas City, MO.

12. A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States on behalf of the Defendant, **LEON.**

13. Affiant believes there is probable cause that Defendant, **LEON**, is in violation of 8 United States Code, Section 1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

#8389 D.O.

______________________________
Anthony P. Gayden, Deportation Officer
Immigration and Customs Enforcement
Affiant

Sworn to before me by telephone or other reliable electronic means this 2nd day of November, 2026.

______________________________
HONORABLE RYAN C. CARSON
UNITED STATES MAGISTRATE JUDGE
District of Nebraska